# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAN BARCHENGER,
                Appellant,
         vs.
THE STATE OF NEVADA,
                Respondent.

No. 79369

**FILED**

SEP 0 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for credit against sentence. Second Judicial District Court, Washoe County; Lynne K. Simons, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Lynne K. Simons, District Judge
     Dan Barchenger
     Attorney General/Carson City
     Washoe County District Attorney
     Washoe District Court Clerk

19-37319